## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: October 28, 1999

MARIA RODRIGUEZ MOTTA, et al.

    Plaintiffs

v.

JOSE FUENTES AGOSTINI, et al.

    Defendants

CIVIL NO. 97-2282 (DRD)

**BY ORDER OF THE COURT**, the Pretrial Conference and Trial dates scheduled in this case for October 1999 could not be held due to the passing of tropical storm "José". Hence, the Pretrial Conference is re-set for **Tuesday, November 2, 19999 at 9:00 A.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Peter Ortíz, Esq.
Carlos Noriega, Esq.
Francisco Ojeda Diez, Esq.


