## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: November 22, 1999

MARIA RODRIGUEZ-MOTA, et al.

    Plaintiffs

v.

JOSE FUENTES AGOSTINI, et al.

    Defendants

CIVIL NO. 97-2282 (DRD)

**BY ORDER OF THE COURT**, the Pretrial Conference not held on November 17, 1999 due to hurricane "Lenny" was scheduled for November 24, 1999 at 9:00 A.M. before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED:

Carlos Noriega, Esq.
Peter Ortiz, Esq.
Francisco Ojeda Diez, Esq.

