UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                                    DATE: November 24, 1999

**CIVIL NO. 97-2282 (DRD)**

Courtroom Deputy:   Janet **GONZALEZ**

==================================================================

MARIA RODRIGUEZ MOTTA                           Attorneys: Peter ORTIZ

vs.

JOSE FUENTES AGOSTINI, et al.                   DOJ- Francisco OJEDA

==================================================================

    **FURTHER PRETRIAL/SETTLEMENT CONFERENCE** is held. The parties have been unable to reach an agreement. Defendant raised his offer, but plaintiff rejected the same. The Court met with plaintiff privately and advised him of the "realities" of the case.

    Counsel were granted until November 29, 1999 to inform if settlement offer was accepted. If settlement does not materialize, this case will be referred to a Visiting Judge for trial setting.

                                                                                           COURTROOM DEPUTY

s/c: Counsel of record