## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: January 14, 2000

MARIA RODRIGUEZ MOTTA           CIVIL NO. 97-2282 (DRD)

    Plaintiff

v.

JOSE FUENTES AGOSTINI, et al.

    Defendants

---

**BY ORDER OF THE COURT**, this case is set for a Status/Scheduling Conference on **Friday, January 21, 2000 at 10:00 A.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Peter Ortíz, Esq.
Carlos Noriega, Esq.
Francisco Ojeda-Diez, Esq.