UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

<u>**MINUTES OF PROCEEDINGS**</u>　　　　　　　　　　DATE: January 21, 2000

CIVIL NO. 97-2282 (DRD)

Courtroom Deputy:  Janet **GONZALEZ**

================================================================

MARIA RODRIGUEZ MOTTA　　　　　　　<u>Attorneys:</u> Peter ORTIZ

vs.

JOSE FUENTES AGOSTINI, et al.　　　　DOJ- Francisco OJEDA
　　　　　　　　　　　　　　　　　　Pablo MONTANER CORDERO

================================================================

　　**FURTHER STATUS/SCHEDULING CONFERENCE** is held.  Counsel are advised that is case will not be referred to a visiting Judge.

　　Jury trial is set for **March 20, 2000 at 9:00 A.M.**  Estimated trial length is one week.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　COURTROOM DEPUTY

s/c: Counsel of record
　　 Jury Clerk