UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA M. RODRIGUEZ MOTTA, et al.,
v.
SECRETARY OF JUSTICE, et al.

CASE NUMBER: 97-2282 (DRD)

## ORDER

The parties have filed a Settlement Agreement (Docket No. 39), requesting that the Court, pursuant to FED. R. CIV. P. 41(a)(1), dismiss this case with prejudice and without imposition of costs and attorney's fees. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii) and the parties motion, the Court **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs and attorney's fees. The Court shall retain jurisdiction to ensure compliance with the settlement agreement. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: February 29, 2000

P:\PEACHORD ERS\97-2282A DIS

DANIEL R. DOMINGUEZ
U.S. District Judge



Rec'd:         EOD:

By:          #  40