UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA M. RODRIGUEZ MOTTA, et al.,
    v.
SECRETARY OF JUSTICE, et al.

CASE NUMBER: 97-2282 (DRD)

## JUDGMENT

In accordance with the Court's Order of this same date, the Court hereby **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs and attorney's fees. The Court retains jurisdiction to ensure compliance with the settlement agreement.
IT IS SO ADJUDGED AND DECREED.

Date: February 29, 2000

P \PEACHORD ERS\97-2282A DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:        EOD:

By: _____  # 41