UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) MARIA M. RODRIGUEZ MOTTA,
ET AL.

CIVIL NO. 97-2282(DRD)

v.

Defendant(s) SECRETARY OF JUSTICE, ETC.

| MOTION | ORDER |
|---|---|
| Docket entry no. 43. | ☒ GRANTED. |
| Date: April 17, 2000. | ☐ DENIED. |
| Title: Motion For Leave to Withdraw Funds Deposited in Court. | ☐ MOOT. |
| | ☐ NOTED. |
| | Check is to be issued to the order of Plaintiffs and their attorneys |

IT IS SO ORDERED.

Date: April 19, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE